UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD FINLEY, et al., | Case No. 3:13-cv-00073-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA, STATE OF, et al., | |
| Defendants. | |

Plaintiffs have submitted a *pro se* civil rights complaint, along with an application to proceed *in forma pauperis* for each of the three plaintiffs. However, each application to proceed *in forma pauperis* is incomplete; each plaintiff has failed to include his institutional account statement. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiffs' action is dismissed without prejudice. If plaintiffs wish to pursue this matter, they should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form for each plaintiff. The applications must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

IT IS THEREFORE ORDERED that the Clerk shall DETACH and FILE the complaint (dkt. no. 1-3).

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk SHALL SEND to plaintiff Edward Finley a copy of the papers filed in this action, the approved forms for filing a civil rights

lawsuits under 42 U.S.C. §1983, and three (3) Applications to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

　　　　IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

　　　　DATED THIS 23rd day of May 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE